**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2025

**By ECF and Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 15, 2025

Re: **United States v. Justin Bruno**
     **24 Cr. 154 (RA)**

Dear Judge Abrams,

    I write to respectfully request that the Court temporarily modify Mr. Bruno's bail conditions to permit him to travel to Orlando, Florida with some family members to celebrate his nephew's birthday from Sept 11-16, 2025.  Pretrial Services by Officer Dominique Jackson has no objection to this application.  The government, by Assistant United States Attorney Joseph Rosenberg, defers to Pretrial's position. If this request is granted, Mr. Bruno will provide his itinerary to Pretrial Services.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527