Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 27, 2026

**<u>By ECF and Email</u>**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 28, 2026

**Re: <u>United States v. Justin Bruno</u>**
**24 Cr. 154 (RA)**

Dear Judge Abrams,

I write to respectfully request that the Court temporarily modify Justin's bail conditions to permit him to travel for business to Pennsylvania, to work with an artist at a studio, from October 29 - 30, 2026. He will supply the address of the studio and his overnight accommodation to Pretrial Services.

Pretrial Services by Officer Dominique Jackson has no objection to this request. The government, by Assistant United States Attorney Joey Rosenberg, takes no position.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Justin Bruno
917-612-4527